IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-2 (CAR) |
| ANDREY L. FLANIGAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER CONTINUING TRIAL

On January 14, 2020, the Grand Jury returned an indictment charging Defendant Andrey Flanigan with possession of a firearm by a convicted felon; possession of methamphetamine with intent to distribute; possession of cocaine base with intent to distribute; and possession of a firearm in furtherance of a drug trafficking crime. On February 10, 2020, Defendant was appointed counsel, entered a plea of not guilty at his arraignment, and was ordered detained pending trial.

This case was set for a jury trial on January 18, 2022. Due to the increasing rise of COVID cases in this district, however, the Court finds that holding such a jury trial would pose a substantial risk of harm to the health and safety of summoned jurors, witnesses, parties, court personnel, and members of the public. Thus, the Court finds it serves the ends of justice to continue the trial of this case to March 15, 2022, a special term of court for the Athens Division. The ends of justice served by continuing this case outweigh the interests of Defendant and the public in a speedy trial.

1

Because a trial date is now scheduled in this case, Defendant's Motion to Reopen Defendant's Detention Hearing under 18 U.S.C. § 3142 to Set Bond Pending Trial [Doc. 64] is **DENIED**.

**IT IS HEREBY ORDERED** that this case be continued until the March 15, 2022, a special term of court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 10th day of January, 2022.

                                                s/ C. Ashley Royal_____
                                                C. ASHLEY ROYAL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT